IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RANDOLPH F. SATTERWHITE, JR.,
    Plaintiff,

v.                                                  Civil Action No. 3:21cv371

ALYSSA GREGORY, et al.,
    Defendants.

## MEMORANDUM OPINION

The plaintiff, a Virginia inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action. To state a viable claim under § 1983, a plaintiff must allege that a person acting under color of state law deprived him or her of a constitutional right or of a right conferred by a law of the United States. *See Dowe v. Total Action Against Poverty in Roanoke Valley*, 145 F.3d 653, 658 (4th Cir. 1998) (citing 42 U.S.C. § 1983). In his current complaint, the plaintiff does not identify the particular constitutional right that was violated by each defendant's conduct or provide each defendant with fair notice of the facts and legal basis upon which his or her liability rests. *See Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007).

Accordingly, by Memorandum Order entered on April 4, 2022, the Court directed the plaintiff to submit a particularized complaint within fourteen (14) days of the date of entry thereof. (ECF No. 10.) The Court warned the plaintiff that failure to submit the particularized complaint would result in the dismissal of the action.

More than fourteen (14) days have elapsed since the entry of the April 4, 2022 Memorandum Order. The plaintiff has failed to submit a particularized complaint or otherwise respond to the April 4, 2022 Memorandum Order. Accordingly, the action will be dismissed without prejudice.

An appropriate order will accompany this Memorandum Opinion.

/s/
John A. Gibney, Jr.
Senior United States District Judge

Date: 12 May 2022
Richmond, Virginia

2